UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-38679 |
|---|---|
| DAVID ALLEN KLEUSKENS JR. | (Chapter 13) |
| CYNTHIA DIANE KLEUSKENS | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045214**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 35 | LAB ONE OF OHIO<br>BOX 695018<br>CINCINNATI, OH  45269 | 355.14 |

　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Kellner
　　　　　　　　　　　　　　　　　　Jeffrey M. Kellner  0022205
　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　　　　　　(937)222-7600   Fax (937)222-7383
　　　　　　　　　　　　　　　　　　email: chapter13@dayton13.com

　　　　　　　　　　　　　　　　　　Dated: 11/16/2010

Certificate of Service                    05-38679

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DAVID ALLEN KLEUSKENS JR.
CYNTHIA DIANE KLEUSKENS
71 MEGAN LANE
GERMANTOWN, OH  45327

EILEEN K FIELD
632 VINE ST
SUITE 1010
CINCINNATI, OH  45202

(58.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(54.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI  48153

(1053.1n)
INDEPENDENCE RECEIVABLES
%RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL  33131-1605

(35.1)
LAB ONE OF OHIO
BOX 695018
CINCINNATI, OH  45269

(49.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner            sv